USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :
UNITED STATES OF AMERICA,            :
                                                      :
                 -v-                          :         1:18-cr-902-GHW
                                                      :
WALTHER CASTILLO,                    :          ORDER
                                                      :
                               Defendant.  :
                                                      :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 21, 2020, the Court received a letter from Mr. Walther Castillo requesting compassionate release as a result of the COVID-19 pandemic. Dkt. No. 65. The Court denied that application without prejudice because Mr. Castillo had not demonstrated that he had satisfied the statutory preconditions to make a motion for that relief. Dkt. No. 64.

On August 24, 2020, the Court received a letter from Mr. Castillo attaching a denial of his application by the warden of his facility. Dkt. No. 78. As a result, it appears that the statutory preconditions to Mr. Castillo's motion have been met.

The Court directs that the United States submit any opposition to Mr. Castillo's motion no later than September 8, 2020.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Castillo.

SO ORDERED.

Dated: New York, New York
August 28, 2020

*signature*
GREGORY H. WOODS
United States District Judge