USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                :
  UNITED STATES,                             :
                :
                :                1:18-cr-902-GHW-2
             -against-                     :
                :                <u>ORDER</u>
  WALTHER CASTILLO,               :
                :
                            Defendant.   :
                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A violation of supervised release hearing will be held with respect to Mr. Castillo on June 18, 2024 at 1:30 p.m. in Courtroom 12C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: June 18, 2024
      New York, New York

                                                                               _____
                                                                             GREGORY H. WOODS
                                                               United States District Judge