```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
            -against-                      :
                                           :
WALTHER CASTILLO,                          :       1:18-cr-902-GHW-2
                                           :
                       Defendant.          :       ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2024

GREGORY H. WOODS, United States District Judge:

A proceeding will be held with respect to Mr. Castillo on August 20, 2024 at 10:00 a.m. in Courtroom 12C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

In addition, for the reasons discussed on the record during the proceeding held on June 18, 2024, Mr. Castillo's conditions of supervised release are modified as follows: Mr. Castillo is ordered to comply with a condition of home detention, which will be enforced by location monitoring services, including GPS. This condition is in force until and through the date of the next scheduled proceeding on August 20, 2024. Mr. Castillo consented to this modification to the conditions of his supervised release at the proceeding held on June 18, 2024.

SO ORDERED.

Dated: June 18, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge