```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,            :
                                         :
                -against-                :
                                         :
    WALTHER CASTILLO,                    :
                                         :
                        Defendant.       :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

1:18-cr-902-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled for March 17, 2025 at 11:00 a.m. is rescheduled. The conference will take place on March 25, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: March 17, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge