UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____            │
│ DATE FILED:__3/27/2025__         │
└─────────────────────────────────┘
```

UNITED STATES OF AMERICA

    -v-

Walther Castillo,

          Supervisee.

Docket No. 1:18-cr-902-02-GHW

ORDER

Honorable Gregory H. Woods, U.S. District Judge:

    For the reasons stated on the record during a violation of supervised release conference held on March 25, 2025, it is hereby ordered that, subject to the consent of Walther Castillo, Register Number 86264-054, the Federal Bureau of Prisons shall expend reasonably available resources to conduct a medical evaluation of Mr. Castillo, including PPD testing, COVID-19 testing, and an evaluation of any prescribed medications, and a mental health and psychiatric evaluation of Mr. Castillo sufficient to determine Mr. Castillo's ability to participate in residential substance abuse treatment services.  Subject to the consent of Mr. Castillo, the results of such evaluations must be forwarded to the United States Probation Officer identified below no later than 14 days from today. The Court has been informed by counsel for the United States, based on its conversations with the United States Probation Officer identified below, that such evaluations and documentation of such evaluations are required for, among other things, Mr. Castillo's assessment for admission to inpatient/residential substance use treatment services.

    The evaluations must be forwarded to the attention of U.S. Probation Officer Specialist Hildery Huffman at the U.S. Probation Office, 500 Pearl Street, 6th Floor, New York, NY 10007,

Telephone number: (917) 797-3387; Fax Number: (646) 416-5489; Email:

Hildery_Huffman@nysp.uscourts.gov.

The Office of the United States Attorney is directed to transmit this Order promptly to the

Warden of the facility where the supervisee is housed.

SO ORDERED.

Dated:  March 25, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge